ERIC J. SCHWAB, Bar No. 145600
DAN NELSON, Bar No. 105222
ATTORNEYS AT LAW
1420 RIVER PARK DRIVE, STE. 140
SACRAMENTO, CA 95815
(916) 564-9588

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re:

DAVEY, MIKE

___Debtors___ /

Case No:10-21598-A-7
DC No. EJS-1

MOTION TO COMPEL
ABANDONMENT OF
PROPERTY OF THE ESTATE
11 USC 554

Date: March 1, 2010
Time: 9:00 a.m.
Judge: MCMANUS
Dept: A, Rm 28, 7th Flr.

Debtor moves the Court as follows:

1. Debtor is self employed doing business as Olympic Cleaning Service, a sole proprietor, performing cleaning services.

2. Debtor Scheduled business assets and claimed them exempt.

3. Debtor's business activities are licensed and insured.

4. More details are provided by Debtor's Declaration and Exhibits Thereto.

5. Debtor's business is burdensome to the estate and his business assets are of inconsequential value and benefit to the estate.

**Wherefore**, Debtor(s) Pray:

1. That the Court compel the Trustee to abandon Debtor's business and business assets from the bankruptcy estate.

2. For other relief the Court deems just and proper.

Dated: 1/29/10

Law Offices of Nelson & Schwab

By: _____
Eric J. Schwab, Attorney at Law

Motion to Compel Abandonment of Property - 1